**George Frank BICKNELL, Jr., Appellant,**

v.

**Margaret Anne BICKNELL, Respondent.**

No. WD 61283.

Missouri Court of Appeals, Western District.

May 20, 2003.

John B. Neher, Lexington, MO, for Appellant.

Kelly A. Halford, Lexington, MO, for Respondent.

Before: ROBERT G. ULRICH, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. George Frank Bicknell, Jr. appeals from the judgment of the trial court, which awarded $200 per month in maintenance to his former wife, Ms. Margaret Anne Bicknell.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).